UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROSS P. DODDS and SHARON W. DODDS                                        PLAINTIFFS


V.                                               CIVIL ACTION NO. 1:06CV915 LTS-RHW


RICHARD E. SCHMIDT, III, and
NATIONWIDE MUTUAL INSURANCE COMPANY                              DEFENDANTS


ORDER

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the plaintiffs' motion to remand [4] is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Circuit Court of Jackson County, Mississippi.

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed.

This the 17th day of October, 2006.

s/ L. T. Senter, Jr.
L. T. Senter, Jr.
Senior Judge