# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**ROSS P. DODDS and SHARON W. DODDS**                                    **PLAINTIFFS**

**V.**                                                    **CIVIL ACTION NO. 1:06CV915 LTS-RHW**

**RICHARD E. SCHMIDT, III and**
**NATIONWIDE MUTUAL INSURANCE COMPANY**                         **DEFENDANTS**

## ORDER DENYING MOTION FOR RECONSIDERATION

In accordance with the Memorandum Opinion I have this day entered, it is hereby

**ORDERED**

That the defendants' motion for reconsideration [12] of the opinion [10] and order [11] granting the plaintiffs' motion [4] to remand is hereby **DENIED**; and

That the defendants' alternative request that the order of remand be vacated in order to allow the defendants to take remand-related discovery is also **DENIED**.

**SO ORDERED** this 20th day of December, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge